IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AEDEN KANE,                         )
                                    )
            Plaintiff,              )
                                    )
v.                                  )   Civil Action No. 3:18-CV-746-HEH
                                    )
ANDREW M. SAUL,[1]                  )
Commissioner of Social Security,    )
                                    )
            Defendant.              )

## ORDER
### (Adopting Report and Recommendation of the Magistrate Judge)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1) The Report and Recommendation of the Magistrate Judge (ECF No. 14) is ACCEPTED and ADOPTED;

2) Plaintiff's Motion for Summary Judgment (ECF No. 9) is GRANTED IN PART, to the extent he seeks remand of his claim;

3) Defendant's Motion for Summary Judgment (ECF No. 13) is DENIED;

4) The final decision of the Commissioner is VACATED and REMANDED for further proceedings consistent with the R&R and this Court's Memorandum Opinion;

---

[1] On June 4, 2019, the United States Senate confirmed Andrew M. Saul to a six (6) year term as the Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d), Commissioner Saul will be substituted for former Acting Commissioner Nancy A. Berryhill as the defendant in this matter.

5) This case is CLOSED.

The Clerk is directed to send a copy of the Memorandum Opinion and this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: Jan. 10, 2020
Richmond, Virginia